UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUSAN KAHN,

    Plaintiff,

v.                                          Case No. 8:09-cv-1589-T-30AEP

MERCK & CO., INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal Without Prejudice (Dkt. #3). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 1, 2009.

                                            JAMES S. MOODY, JR.
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1589.dismissal 3.wpd